UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cara Edwards Snodgrass**　　　　　　　　　　　　　　**Docket No. 7:14-MJ-1117-RJ**

**Petition for Action on Probation**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Cara Edwards Snodgrass, who, upon an earlier plea of guilty to Driving While Impaired (Level V), in violation of N.C.G.S. § 20-138.1 assimilated by 18 U.S.C. § 13, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 4, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since being placed on probation, the defendant completed the required community service hours, reported as directed, and has maintained gainful employment. However, due to financial issues, she has failed to satisfy the court indebtedness. Additionally, she obtained a substance abuse assessment that recommended a 40 hour treatment program. According to the treatment provider, she completed two counseling sessions and was terminated from the program due to excessive absences.

As a result of the defendant's financial situation and noted compliance with other conditions of the judgment, the probation officer respectfully recommends the term of probation be extended 6 months to afford the defendant an opportunity to complete the substance abuse treatment and satisfy the court indebtedness.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of supervision be extended 6 months from the expiration date of February 3, 2016, until August 3, 2016.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ C. Lee Meeks, Jr.
> C. Lee Meeks, Jr.
> U.S. Probation Officer
> 200 Williamsburg Pkwy, Unit 2
> Jacksonville, NC 28546-6762
> Phone: 910-346-5105
> Executed On: January 29, 2016

**Cara Edwards Snodgrass**
**Docket No. 7:14-MJ-1117-RJ**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___1___ day of ___February___, 2016 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge